

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    16-10307 |
| Plaintiff-Appellee, | D.C. No. 4:14-cr-00095-JGZ |
| v. | |
| LAWRENCE GONZALEZ, Jr., | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted March 8, 2017[**]

Before:    SILVERMAN, W. FLETCHER, and OWENS, Circuit Judges.

Lawrence Gonzalez, Jr., appeals from the revocation of supervised release

and the 12-month sentence imposed upon revocation.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Gonzalez's counsel has filed a brief stating that

---

[*]       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record.

Because Gonzalez has fully served his sentence and is not subject to a term of supervised release, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**

16-10307